# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 20, 2010

No. 09-20593
Summary Calendar

Charles R. Fulbruge III
Clerk

JAMES B. VEASAW,

Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA and CHRISTOPHER COX, Chairman,
UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Defendants - Appellees.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. 4:08-CV-2936

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant fails to address in his brief to this court any errors in the district court's opinion and order dismissing appellant's suit. Accordingly, we grant the motion of appellees for summary affirmance.

The judgment of the district court is therefore AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.